UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 6:23-CR-00250 |
| | * |
| VERSUS | *DISTRICT JUDGE SUMMERHAYS |
| | * |
| ANDRES LOPEZ ONATE | * MAGISTRATE JUDGE WHITEHURST |

<u>UNITED STATES' REQUEST FOR DISCOVERY</u>

The United States of America hereby requests that the defendant permit the government to inspect and copy or photograph discovery items or copies thereof, or shall supply copies thereof, things which are within the possession, custody or control of the defendant, the existence of which is known or by the exercise of due diligence may become known to the defendant.

                Respectfully submitted,

                BRANDON B. BROWN
                United States Attorney

By:   *s/Craig R. Bordelon, II*
       CRAIG R. BORDELON, II La. Bar No. 34450
       Assistant United States Attorney
       800 Lafayette Street, Suite 2200
       Lafayette, LA 70501-6832
       Telephone: (337) 262-6618